IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF COLORADO, <br><br> Plaintiffs, <br><br> vs. <br><br> HOME DEPOT USA, INC., <br><br> Defendant. | ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Consistent with the requirements of 28 C.F.R. § 50.7, a proposed Consent Decree is being lodged with the Court in this civil action, after having been concurred to and signed by plaintiffs and defendant in this matter. After the requisite Federal Register Notice is published, the time period for comments has run, and the comments, if any, have been evaluated, the Court will be further advised as to any action which may be required by the Court at that time. During the pendency of the Federal Register Notice comment period, no action is required of the Court.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

_/s/ Leslie Allen_
LESLIE ALLEN
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-4114
leslie.allen@usdoj.gov


COLM F. CONNOLLY
United States Attorney

By: _/s/ Patricia Hannigan_
PATRICIA HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
patricia.hannigan@usdoj.gov


OF COUNSEL:

KELLY BRANTNER
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W
MC 2243A Room 3120A
Washington, DC 20460
202-564-9933