**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and STATE OF COLORADO, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 08-115-UNA |
| HOME DEPOT USA, INC., | : : : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Maureen R. Davis, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **February 26, 2008**, I electronically filed a **COMPLAINT, NOTICE OF LODGING OF CONSENT DECREE and PROPOSED CONSENT DECREE** with the Clerk of the Court using CM/ECF. Notification of such filing was mailed via United States First Class Mail, postage prepaid to the following non registered participants:

**John W. Shern**
Vice President of Construction
 & Store Setup
The Home Depot
C-19
2455 Paces Ferry Road
Atlanta, GA 30339-4024

**Richard S. Davis**
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005-3311

/s/Maureen R. Davis
Maureen R. Davis
Legal Assistant
Office of the United States Attorney
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Maureen.Davis@usdoj.gov