IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
UNITED STATES OF AMERICA, and :
STATE OF COLORADO, :
:
Plaintiffs, :
:
v. : C.A. No. 08-115-SLR
:
HOME DEPOT USA, INC., :
:
Defendant. :
---------------------------------------------------------------x

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard S. Davis of Beveridge & Diamond, P.C., 1350 I Street, N.W., Suite 700, Washington, DC 20005-3311, to represent Defendant, Home Depot USA, Inc., in this matter.

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

/s/ William M. Lafferty
_____
William M. Lafferty (#2755)
R. Judson Scaggs, Jr. (#2676)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
*Attorneys for Defendant Home Depot USA, Inc.*

April 21, 2008

- 2 -

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Richard S. Davis of Beveridge & Diamond, P.C., is granted.

Dated: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, the District of Columbia and the U.S. Court of Appeals for the Fourth Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 21, 2008

Richard S. Davis
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005-3311
(202) 789-6000