# TROOSTWOOD NEIGHBORHOOD ASSOCIATION
### A 49/63 NEIGHBORHOOD



08CV115SLR

April 22, 2008

Peter T. Dalleo
Clerk of the Court
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE. 19801

    SUBJECT:    Home Depot Consent Decree and Penalty – Violations to the Clean Water Act – Public Comment and Proposal for Use of Award for the Troostwood Neighborhood, Kansas City, Missouri Activities

TO: Clerk of the Court:

We request that the following submission be forwarded to the presiding judge for consideration for allocation of a pending penalty payment by Home Depot.

The Troostwood Neighborhood is a low and moderate income, mixed race neighborhood in central Kansas City, Missouri. We have worked hard over the years to preserve this historic American bungalow neighborhood, but in these times there is much more to do.

In consideration of the $1.3 million penalty against Home Depot for violations of provisions of the Clean Water Act we request that $300,000 be awarded to the Troostwood Neighborhood. These funds will be used for stormwater run-off reduction, energy conservation, and old tree removal/new tree planting programs. The funds will be administered by the local, nonprofit housing agency and made available to all homeowners in the neighborhood.

Our request is to make these funds work in the area of violation for the people who need assistance. If approved, we will work directly with the local Home Depot outlet on a debt card basis and 10% for administrative costs, and provide a full, auditable report back to the Court for its review.

Thank you in advance for considering this request.

Sincerely,

Stuart Bullington, President
5015 Troostwood Road
Kansas City, Missouri 64110

KANSAS CITY 641-801
22 APR 2008 PM 2 L

USA FIRST CLASS FOREVER

U.S. X-RAY
S.M.S.

Peter T. Dalleo
Clerk of the Court
U.S. District Court for the Dist. of Columbia
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE. 19801

Stuart Bullington
5015 Troostwood Road
KCMO 64110