IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF COLORADO,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | Civil Action No. 1:08-cv-00115-SLR |

## UNITED STATES' MOTION TO ENTER CONSENT DECREE

The United States, on behalf of the United States Environmental Protection Agency, respectfully moves this Court for entry of the proposed Consent Decree that was lodged with the Court on February 26, 2008, in this action. All parties, including Defendant Home Depot USA, Inc., assent to this motion.

Attached to this motion are a memorandum in support of the motion and a proposed order.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/Leslie Allen
Leslie Allen
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-4114
leslie.allen@usdoj.gov

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
patricia.hannigan@usdoj.gov

OF COUNSEL:

KELLY BRANTNER
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W
MC 2243A Room 3120A
Washington, DC 20460
202-564-9933

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br>STATE OF COLORADO,<br><br>      Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>      Defendant. | Civil Action No. 1:08-cv-00115-SLR |

### ORDER ENTERING CONSENT DECREE

IT IS HEREBY ORDERED THAT the consent decree signed by the United States, State of Colorado, and Home Depot USA, Inc. in the above-referenced case number and lodged with this Court on February 26, 2008, is

ENTERED AS AN ORDER OF THIS COURT.

DATED this _____ day of _____, 20008.

_____
THE HONORABLE SUE L. ROBINSON
United States District Court Judge