IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> STATE OF COLORADO, <br><br> Plaintiffs, <br><br> vs. <br><br> HOME DEPOT USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:08-cv-00115-SLR <br> ) <br> ) <br> ) <br> ) |

## ORDER ENTERING CONSENT DECREE

IT IS HEREBY ORDERED THAT the consent decree signed by the United States, State of Colorado, and Home Depot USA, Inc. in the above-referenced case number and lodged with this Court on February 26, 2008, is

ENTERED AS AN ORDER OF THIS COURT.

DATED this __14th__ day of __May__, 2008.

_____
THE HONORABLE SUE L. ROBINSON
United States District Court Judge